# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 14, 2021

## NO. 03-20-00556-CV

**Emergency Services of Texas, P.A.; Hill Country Emergency Medical Associates, P.A.; Longhorn Emergency Medicine Associates, P.A.;, ACS Primary Care Physicians Southwest, P.A.; Longhorn Observation Medical Associates, P.A.; Central Texas Emergency Associates, P.A.; Texas Medicine Resources, LLP; Texas Physician Resources, LLP; and Pediatric Emergency Medicine Group, LLP, Appellants**

**v.**

**Celtic Insurance Company; and Superior Health Plan, Inc., Appellees**

---

**APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH
DISMISSED ON JOINT MOTION -- OPINION BY CHIEF JUSTICE BYRNE**

---

This is an appeal from the judgment signed by the trial court on October 27, 2020. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.